**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE ESTATE OF** | **PLAINTIFF** |
| **JAMARCUS D. SEALS, DECEASED** | |
| **ELIZABETH SEALS, ADMINISTRATRIX** | |
| **VERSUS** | **CIVIL ACTION NO. 4:06-cv-41 TSL JMR** |
| **UNITED STATES OF AMERICA** | **DEFENDANT** |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the joint motion *ore tenus* of the parties, by and through counsel, to dismiss the case with prejudice. The Court, being fully advised that the parties have settled this dispute fully and finally to the satisfaction of all parties involved, finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the above-styled case is hereby dismissed with prejudice as to all parties, with all parties to bear their own costs and expenses.

**SO ORDERED**, this the 9th day of October, 2007.

/s/Tom S. Lee
United States District Judge

**AGREED:**

/s/James M. Mars, II
JAMES M. MARS, II
Attorney for Plaintiff

/s/Peggy C. Newton
PEGGY C. NEWTON
Assistant United States Attorney